**FILED**

June 22, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                   )<br>            Plaintiff,                     )<br>v.                                               )<br>                                                   )<br>AIMEE SISCO,                          )<br>            Defendant.                )<br>_____ ) | Case No. MAG. 11-0176-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release AIMEE SISCO, Case No. MAG. 11-0176-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

   _X_  Co-Signed Unsecured Appearance Bond

   ___  Secured Appearance Bond

   _X_  (Other) Conditions as stated on the record.

   _X_  (Other) Unsecured bond paperwork to be filed by 06/29/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/22/2011  at 3:25pm

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge