FILED
June 22, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. MAG. 11-0176-EFB
       Plaintiff, )
v. )
) ORDER FOR RELEASE OF
AIMEE SISCO, ) PERSON IN CUSTODY
       Defendant. )
)

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release AIMEE SISCO, Case No. MAG. 11-0176-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

 X   Bail Posted in the Sum of: $100,000.00.

   X   Co-Signed Unsecured Appearance Bond

   \_\_\_ Secured Appearance Bond

   X   (Other) Conditions as stated on the record.

   X   (Other) Unsecured bond paperwork to be filed by 06/29/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/22/2011 at 3:25 pm

By _____
Edmund F. Brennan
United States Magistrate Judge